IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


WALTER COLUMBUS SIMMONS,          )
                                  )
          Plaintiff,              )
                                  )
     v.                           )          1:13CV1117
                                  )
GRAHAM ATKINSON, et al.,          )
                                  )
          Defendant(s).           )


**ORDER**

On January 14, 2014, the United States Magistrate Judge's
Recommendation was filed and notice was served on the parties
pursuant to 28 U.S.C. § 636.  (Docs. 3 and 4.)  On January 21,
2014, Plaintiff filed a document stating, in part, that "I would
like to appeal this case number – 1:13CV1117."  (Doc. 5.)
Plaintiff does not specifically indicate the nature of the
appeal he seeks.  However, because a Recommendation has been
entered, this court will construe the request to appeal as
objections to the Recommendation.  See Fed. R. Civ. P. 72(b)(2)
("Within 14 days after being served with a copy of the
recommended disposition, a party may serve and file . . .
objections.").

The court has appropriately reviewed the Magistrate Judge's
report and has made a de novo determination which is in accord

with the Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, correcting the defects set out in the Order and Recommendation.  A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 30th day of April, 2014.

_____
                    United States District Judge